# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**493**

**CAF 12-00777**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF LESTARIYAH A.
-----------------------------------------------
MONROE COUNTY DEPARTMENT OF HUMAN SERVICES,                    ORDER
PETITIONER-RESPONDENT;

DEMETRIUS L., RESPONDENT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (TIMOTHY S. DAVIS OF
COUNSEL), FOR RESPONDENT-APPELLANT.

WILLIAM K. TAYLOR, COUNTY ATTORNEY, ROCHESTER (CAROL L. EISENMAN OF
COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Family Court, Monroe County (John B.
Gallagher, Jr., J.), entered April 17, 2012 in a proceeding pursuant
to Social Services Law § 384-b.  The order denied respondent's request
for posttermination contact with the subject child.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs (*see Matter of Elsa R. [Gloria R.]*,
101 AD3d 1688, 1688-1689).

Entered:  April 26, 2013                    Frances E. Cafarell
                                            Clerk of the Court